WILLIAM PABODIE v. DISTRIBUTORS GROUP, INC.

(Filed 25 November, 1936.)

APPEAL by plaintiff from *Shaw, Emergency Judge,* at March Term, 1936, of MECKLENBURG.

Civil action for alleged breach of warranty in the sale of stock known as North American Trust Shares, purchased by plaintiff on 1 July, 1931.

The defendant denied liability, pleaded release and the statute of limitations. This action was instituted 16 April, 1935.

From a judgment of nonsuit entered at the close of plaintiff's evidence, he appeals, assigning errors.

*Marvin L. Ritch for plaintiff, appellant.*
*Whitlock, Dockery & Shaw for defendant, appellee.*

PER CURIAM. The plaintiff's evidence falls short of the required *prima facie* showing to carry the case to the jury. The judgment of nonsuit is correct.

Affirmed.